

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:      Eric Lynn Baumgart v. Phillip Douglas Archer, KPRC-TV Channel 2, Graham Media Group, Houston, Inc., Graham Media Group, Graham Holdings Company

Appellate case number:   01-18-00298-CV

Trial court case number:   2017-83349

Trial court:              157th District Court of Harris County

Date motion filed:        August 28, 2019

Party filing motion:      Appellant

The en banc court has unanimously voted to deny appellant's motion for en banc reconsideration. It is ordered that the motion is denied.

Judge's signature: ___/s/ Sarah Beth Landau_____

                    Acting for the Court the En Banc Court*

Date: _September 17, 2019___

* En banc court consists of Chief Justice Radack and Justices Keyes, Higley, Lloyd, Kelly, Goodman, Landau, Hightower, and Countiss.